UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED WITH THE
COURT SECURITY OFFICER
CSO:
DATE

HASSAN BIN ATTASH, *et al.*          )
                                      )
      Petitioners,            )
   v.                             )
                                      )          Civil Action No. 05-1592 (RCL)
BARACK H. OBAMA, President of the     )
United States, *et al.*,               )
                                      )          **FILED**
      Respondents.            )
                                      )          JUN 17 2009
                                      )
                                                 NANCY MAYER WHITTINGTON, CLERK
                                                 U.S. DISTRICT COURT

**<u>MEMORANDUM OPINION</u>**